# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL HANSON, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

HEAT MEDIA, INC. d/b/a PUCK, a Delaware corporation,

Defendant.

Case No.: 5:26-cv-03689-JGB-SP

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

The Court having considered the Parties' Stipulation for Dismissal of Entire Action with Prejudice as to Plaintiff's Individual Claims and Without Prejudice as to the Class Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's individual claims are dismissed with prejudice.
2. The putative class claims are dismissed without prejudice.
3. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 13, 2026

Honorable Jesus G. Bernal
United States District Court Judge